**Creitz & Serebin LLP**

Joseph A. Creitz, CBN 169552
joe@creitzserebin.com
Lisa S. Serebin, CBN 146312
lisa@creitzserebin.com
250 Montgomery Street, Suite 1410
San Francisco, CA 94104
415.466.3090 (tel)
415.513.4475 (fax)

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BILLIE FAULKNER,<br>    Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY,<br>    Defendant. | Case No.: 16-cv-4357-LB<br><br>REQUEST FOR DISMISSAL *WITHOUT* PREJUDICE<br>ORDER |

Plaintiff hereby requests that the above-captioned matter be dismissed in its entirety *without* prejudice.

Dated: August 19, 2016

                                      CREITZ & SEREBIN LLP

                                      By   /s/ Joseph A. Creitz
                                            Joseph A. Creitz
                                            Attorneys for
                                            Plaintiff Billie Faulkner

```
The court treats the request under
Rule 41(a)(1)(A) and closes the file.
Dated:  August 22, 2016
```

*IT IS SO ORDERED*
/s/ Judge Laurel Beeler

*FAULKNER V. STANDARD,* NO. 16-CV-4357-LB
REQ. FOR DISMISSAL *WITHOUT* PREJ.          1